No. 94–9503. OLIVER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9475. BACON *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 94–9476. AGUILERA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–9477. BORJESSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9478. RAMPERSAD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–9480. HARRIS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–9481. MEREDITH *v.* FARLEY, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 94–9482. LLOYD *v.* NEW YORK (two judgments). App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 94–9486. KANESHIRO *v.* MARSHALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9487. MONROE *v.* McLAURIN ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–9488. MIKKILINENI *v.* AMWEST SURETY INSURANCE CO. ET AL.; and MIKKILINENI ET AL. *v.* INDIANA COUNTY TRANSIT AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9490. MANCE *v.* ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9492. McCLOUD *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 94–9493. C. R. S. *v.* T. A. M. ET AL. Sup. Ct. Colo. Certiorari denied.